UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA EX REL
METRON ENVIRONMENTAL LIMITED,

JUDGMENT
03-CV- 1952 (CLP)

Plaintiff,

-against-

EAGLE MANAGEMENT ENTERPRISES, INC.,
and NOVA CASUALTY COMPANY,

Defendants.
-----------------------------------------------------------X

An Order of Honorable Cheryl L. Pollak, United States Magistrate Judge, having been filed on March 16, 2007, directing the Clerk of Court to enter judgment awarding defendant Eagle Management Enterprises, Inc. damages in the amount of $48,473.36; and an Inquest Hearing having been held before the Honorable Cheryl L. Pollak on May 18, 2007 to address other relief requested by defendant Eagle; and further, Memorandum and Order having been filed on September 28, 2007, directing the Clerk of Court to enter judgment awarding defendant Eagle Management Enterprises, Inc. additional damages in the amount of of $111,164.26; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of defendant Eagle Management Enterprises, Inc., and against plaintiff Metron Environmental Limited, awarding defendant Eagle Mangement damages in the total amount of $159,637.62.

Dated: Brooklyn, New York
      October 22, 2007

                                                                                                                                                                                                                                                         /s/ RCH
                                                                                                                                                                                                                         ROBERT C. HEINEMANN
                                                                                                                                                                                                                         Clerk of Court